Eastern District of Kentucky
**FILED**
JUN 18 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| DARREN GILREATH, | NO. 6:16-CV-96-KKC |
| Plaintiff, | |
| V. | ORDER |
| CSX TRANSPORTATION, INC., | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

Counsel has advised the Court that a settlement has been reached in this action. Accordingly, the Court **HEREBY ORDERS** that, within 14 days from the entry date of this order, the parties **SHALL FILE** either 1) an agreed order dismissing this entire action and striking it from the Court's active docket, or 2) a joint status report.

Dated June 19, 2018.



Signed By:
Karen K. Caldwell
United States District Judge