# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

DARREN GILREATH,

      PLAINTIFF,

v.                                      CIVIL ACTION NO: 6:16-CV-00096

CSX TRANSPORTATION, INC.,

      DEFENDANT.

## DISMISSAL ORDER WITH PREJUDICE

NOW COMES Plaintiff, Darren Gilreath, by counsel, Honorable Brian G. Powell, Esq. of the law firm of Colley Shroyer & Abraham and Honorable Brian Reddy, Esq. of the law firm of The Reddy Law Firm and Defendant, CSX Transportation, Inc., by counsel, Melissa Foster Bird, Esq. of the law firm of Nelson Mullins Riley & Scarborough LLP, announce to the Court that Plaintiff is dismissing the claims against CSX Transportation, Inc. with prejudice. The aforesaid parties jointly move the Court to dismiss any and all remaining claims with prejudice and remove this action from the docket.

The Court, having considered the request of counsel, and being otherwise sufficiently advised, **HEREBY DISMISSES** the claims of Darren Gilreath with prejudice. Each party is to pay its own costs of the action.

The Clerk is directed to forward copies of this Order to the counsel of record.

**IT IS SO ORDERED** this the _____ day of _____, 2018.

_____
The Honorable Karen K. Caldwell

**PREPARED BY:**


_____/s/Melissa Foster Bird_____
Honorable Melissa Foster Bird, Esquire
NELSON MULLINS RILEY & SCARBOROUGH LLP
949 Third Avenue, Suite 200
Post Office Box 1856
Huntington, West Virginia  25719
(304) 526-3503

Counsel for Defendant,
**CSX TRANSPORTATION, INC.**



**APPROVED BY:**


_____/s/Brian G. Powell_____
Honorable Brian G. Powell, Esquire
Colley Shroyer & Abraham
536 South High Street
Columbus, OH 43215


_____/s/Brian Reddy_____
Honorable Brian Reddy, Esquire
The Reddy Law Firm
427 W. Dussel Dr., Suite 266
Maumee, OH 43537

Counsel for Plaintiff,
**DARREN GILREATH**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

DARREN GILREATH,

    PLAINTIFF,

v.	CIVIL ACTION NO: 6:16-CV-00096

CSX TRANSPORTATION, INC.,

    DEFENDANT.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing proposed *"Dismissal Order With Prejudice"* has been served on the parties to this action on this 20th day of June, 2018 by electronic filing a true copy thereof to the following:

Honorable Brian G. Powell
Colley Shroyer & Abraham.
536 South High Street
Columbus, OH 43215

Honorable Brian Reddy
The Reddy Law Firm
427 W. Dussel Dr., Suite 266
Maumee, OH 43537

                              /s/Melissa Foster Bird