IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

Eastern District of Kentucky
**FILED**
JUN 2 1 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

DARREN GILREATH,

PLAINTIFF,

v.   CIVIL ACTION NO: 6:16-CV-00096

CSX TRANSPORTATION, INC.,

DEFENDANT.

## DISMISSAL ORDER WITH PREJUDICE

NOW COMES Plaintiff, Darren Gilreath, by counsel, Honorable Brian G. Powell, Esq. of the law firm of Colley Shroyer & Abraham and Honorable Brian Reddy, Esq. of the law firm of The Reddy Law Firm and Defendant, CSX Transportation, Inc., by counsel, Melissa Foster Bird, Esq. of the law firm of Nelson Mullins Riley & Scarborough LLP, announce to the Court that Plaintiff is dismissing the claims against CSX Transportation, Inc. with prejudice. The aforesaid parties jointly move the Court to dismiss any and all remaining claims with prejudice and remove this action from the docket.

The Court, having considered the request of counsel, and being otherwise sufficiently advised, **HEREBY DISMISSES** the claims of Darren Gilreath with prejudice. Each party is to pay its own costs of the action.

The Clerk is directed to forward copies of this Order to the counsel of record.

**IT IS SO ORDERED** this the _21_ day of _June_, 2018.

_____
The Honorable Karen K. Caldwell

**PREPARED BY:**

   /s/Melissa Foster Bird
_____
Honorable Melissa Foster Bird, Esquire
NELSON MULLINS RILEY & SCARBOROUGH LLP
949 Third Avenue, Suite 200
Post Office Box 1856
Huntington, West Virginia 25719
(304) 526-3503

Counsel for Defendant,
**CSX TRANSPORTATION, INC.**

**APPROVED BY:**

   /s/Brian G. Powell
_____
Honorable Brian G. Powell, Esquire
Colley Shroyer & Abraham
536 South High Street
Columbus, OH 43215

   /s/Brian Reddy
_____
Honorable Brian Reddy, Esquire
The Reddy Law Firm
427 W. Dussel Dr., Suite 266
Maumee, OH 43537

Counsel for Plaintiff,
**DARREN GILREATH**

2